# Exhibit A

July 21, 2014

Dmitry Lev, Esq.
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA  02472

**Re:** **Simeon Niles v. Town of Wakefield, et al.**
<ins>**United States District Court No. 1:13-cv-13086-GAO**</ins>

Dear Attorney Lev:

Enclosed please find the following documents with regard to the above-referenced matter.

1. *Defendants' First Requests for Production of Documents to the Plaintiff, Simeon Niles;*

2. *Defendants' First Set of Interrogatories to be Answered by the Plaintiff, Simeon Niles;* and

3. Certificates of Service.

If you should have any questions, please do not hesitate to call me.

Very truly yours,

Chantelle M. D'Angelo

CMD/tap
Enc.
13 TRI 109