# Exhibit B

## Chantelle D'Angelo

**From:** Chantelle D'Angelo
**Sent:** Tuesday, August 26, 2014 9:09 AM
**To:** 'Dmitry Lev, Esq.'
**Subject:** RE: Niles v. Town of Wakefield et al

Hello Attorney Lev,

We assent to a 30-day extension to respond to our discovery requests. Best of luck with the move!

Best,
Chantelle

Chantelle D'Angelo, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
cdangelo@lccplaw.com

NOTE: This e-mail is a confidential and privileged communication between Louison, Costello, Condon & Pfaff, LLP and the the intended recipient. To the extent this communication contains legal advice or counsel, it is not intended to be a public record to the extent exempted under the doctrine of attorney/client privilege or any other applicable authority. Use of the information contained in this e-mail by anyone other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately and promptly destroy any record of this e-mail.

-----Original Message-----
From: Dmitry Lev, Esq. [mailto:dlev@levlaw.net]
Sent: Tuesday, August 19, 2014 8:43 PM
To: Chantelle D'Angelo
Cc: Douglas Louison
Subject: Re: Niles v. Town of Wakefield et al

Sir,

I am requesting a 30 day extension to respond to your discovery requests. I just returned from vacation, and I am moving houses next week. Surely you can imagine the havoc that the move and the preparations are wreaking with my time.

I appreciate your courtesy in this regard.


Very truly yours,


Dmitry Lev, Esq.
Law Offices of D. Lev, P.C.

1