# Exhibit F

February 19, 2015

Dmitry Lev, Esq.
Law Offices of D. Lev, PC
134 Main Street
Watertown, MA  02472

**Re:**  **Simeon Niles v. Town of Wakefield, et al.**
<u>**United States District Court No. 1:13-cv-13086-GAO**</u>

Dear Attorney Lev:

Enclosed please find the following documents regard to the above-referenced matter.

1. *Supplemental Requests for Production of Documents of the Defendants to be Answered by the Plaintiff, Simeon Niles*;

2. *Supplemental Interrogatories of the Defendants to be Answered by the Plaintiff, Simeon Niles*; and

3. Certificate of Service.

If you should have any questions, please do not hesitate to call me.

Very truly yours,

Chantelle M. D'Angelo

CMD/tap
Enc.
13 TRI 109