# Exhibit G

# Chantelle D'Angelo

**From:** Dmitry Lev, Esq. <dlev@levlaw.net>
**Sent:** Friday, May 29, 2015 4:22 PM
**To:** Chantelle D'Angelo
**Subject:** Re: Niles matter

Ms. D'Angelo,

I am now in possession of most of the medical records in connection with this case. Please use this link:

https://www.dropbox.com/sh/c58qx9qpe88sc9w/AADDxTKmzGl6bMgLQ2hqp6h7a?dl=0

...to access these records electronically. "m" indicates a medical record, "b" indicates a billing record, and "m b" indicates that both are contained within the file. Please note that I am still missing the medical record from Lahey Clinic and Wakefield Physical Therapy, which is actually the bulk of Mr. Niles' treatment. I expect to provide these to you as soon as I receive them (which I've been trying to do for months).

Please let me know if you have any difficulties accessing the records.


Very truly yours,


Dmitry Lev, Esq.
Law Offices of D. Lev, P.C.
134 Main Street
Watertown, MA 02472
(617) 556-9990 tel
(617) 830-0005 fax
dlev@levlaw.net


On Fri, May 29, 2015 at 4:10 PM, Chantelle D'Angelo <cDAngelo@lccplaw.com> wrote:
> Thank you for your response.
>
>
>
> Chantelle D'Angelo, Esq.
>
> Louison, Costello, Condon & Pfaff, LLP
>
> 101 Summer Street
>
> Boston, MA 02110
>
> Tel: (617) 439-0305
>
> Fax: (617) 439-0325
>

1