# Exhibit H

# Chantelle D'Angelo

| | |
|---|---|
| **From:** | Chantelle D'Angelo |
| **Sent:** | Monday, June 01, 2015 3:58 PM |
| **To:** | 'Dmitry Lev, Esq.' |
| **Cc:** | Douglas Louison |
| **Subject:** | RE: Niles matter |
| **Attachments:** | Niles Liens.pdf |

Attorney Lev—in reviewing that document (attached above) pages 1-3 have been omitted. Can you please forward the entire document.

I am still awaiting a written response to the supplemental Interrogatories and Request for Production of Documents I sent back in February. Further, please advise to the timeline in receiving the remaining medical records and bills—they were requested in the first request for production of documents and they remain incomplete. While I appreciate the medicals you sent Friday, as you pointed out yourself, I am missing the bulk of Mr. Niles' treatment.

Chantelle D'Angelo, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
cdangelo@lccplaw.com



NOTE: This e-mail is a confidential and privileged communication between Louison, Costello, Condon & Pfaff, LLP and the the intended recipient. To the extent this communication contains legal advice or counsel, it is not intended to be a public record to the extent exempted under the doctrine of attorney/client privilege or any other applicable authority. Use of the information contained in this e-mail by anyone other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately and promptly destroy any record of this e-mail.

For more information about Louison, Costello, Condon & Pfaff, LLP, please visit us at www.lccplaw.com.