# Exhibit I

# Chantelle D'Angelo

| | |
|---|---|
| **From:** | Chantelle D'Angelo |
| **Sent:** | Monday, June 29, 2015 3:07 PM |
| **To:** | dlev@levlaw.net |
| **Subject:** | Niles matter |

Attorney Lev:

What is the status on the outstanding discovery (medical records) of the plaintiff. I am currently preparing for Summary Judgment and those records are overdue. Furthermore, I would like to schedule a phone call with you for some time this or next week to see if we can narrow the issues in the Complaint before submitting this matter to the court (pursuant to LR 7.1). Please advise a time you are available.

Best,
Chantelle

Chantelle D'Angelo, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
cdangelo@lccplaw.com



NOTE: This e-mail is a confidential and privileged communication between Louison, Costello, Condon & Pfaff, LLP and the the intended recipient. To the extent this communication contains legal advice or counsel, it is not intended to be a public record to the extent exempted under the doctrine of attorney/client privilege or any other applicable authority. Use of the information contained in this e-mail by anyone other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately and promptly destroy any record of this e-mail.

For more information about Louison, Costello, Condon & Pfaff, LLP, please visit us at www.lccplaw.com.

1