# Exhibit J

# Chantelle D'Angelo

| | |
|---|---|
| **From:** | Dmitry Lev, Esq. <dlev@levlaw.net> |
| **Sent:** | Thursday, July 02, 2015 1:48 PM |
| **To:** | Chantelle D'Angelo |
| **Subject:** | Re: Niles matter |
| **Attachments:** | Niles S Wakefield b.pdf; Niles S Wakefield m.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Attached please find the medical and billing records from Wakefield Physical Therapy. Lahey Clinic has not provided 178 pages of ER, hospitalization, and treatment records because there is a dispute regarding the prepayment for their copying service. Accordingly, the Lahey records are not - nor have ever been - without my care, custody, or control.

Please let me know if you need anything else.

Very truly yours,


Dmitry Lev, Esq.
Law Offices of D. Lev, P.C.
134 Main Street
Watertown, MA 02472
(617) 556-9990 tel
(617) 830-0005 fax
dlev@levlaw.net


On Thu, Jul 2, 2015 at 1:42 PM, Chantelle D'Angelo <cDAngelo@lccplaw.com> wrote:
> Attorney Lev,
>
>
>
> As a follow-up to our telephone conversation today, I want to
> reiterate that I need a definite timeframe on the outstanding
> medicals. You have previously indicated that these two providers had
> treated the Plaintiff's alleged injuries after the incident, yet we
> have not received any such records. We originally sent Requests for
> Production of Documents back on July 31, 2014. Since that time, you
> have repeatedly assured me the medicals were going to be produced and
> we have not received anything. Discovery closed almost a month ago.
>
>
>
> If you cannot give me a definite date to have the medicals in hand by
> next Tuesday, I will be filing a Motion to Compel their production
> with the Court, along with costs and attorney's fees related to that motion.
>
>

1