# Exhibit K

## Chantelle D'Angelo

**From:** Chantelle D'Angelo
**Sent:** Wednesday, July 08, 2015 2:01 PM
**To:** 'Dmitry Lev, Esq.'
**Cc:** Douglas Louison
**Subject:** RE: Niles matter
**Attachments:** Lahey Authorization; 7-8-2015.pdf

Attorney Lev,

Attached, please find a release for medical records for Lahey Clinic. Please have your client sign and return to me so we can obtain the records from his treatment at Lahey. Thank you.

Best,
Chantelle

Chantelle D'Angelo, Esq.
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
Tel: (617) 439-0305
Fax: (617) 439-0325
cdangelo@lccplaw.com


NOTE: This e-mail is a confidential and privileged communication between Louison, Costello, Condon & Pfaff, LLP and the the intended recipient. To the extent this communication contains legal advice or counsel, it is not intended to be a public record to the extent exempted under the doctrine of attorney/client privilege or any other applicable authority. Use of the information contained in this e-mail by anyone other than the intended recipient is prohibited. If you have received this message in error, please notify the sender immediately and promptly destroy any record of this e-mail.

For more information about Louison, Costello, Condon & Pfaff, LLP, please visit us at www.lccplaw.com.


-----Original Message-----
From: Dmitry Lev, Esq. [mailto:dlev@levlaw.net]
Sent: Thursday, July 02, 2015 1:48 PM
To: Chantelle D'Angelo
Subject: Re: Niles matter

Attached please find the medical and billing records from Wakefield Physical Therapy. Lahey Clinic has not provided 178 pages of ER, hospitalization, and treatment records because there is a dispute regarding the prepayment for their copying service. Accordingly, the Lahey records are not - nor have ever been - without my care, custody, or control.

Please let me know if you need anything else.

Very truly yours,

1